**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-6435**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

WILLIAM HENRY THATCH, JR.,

        Defendant - Appellant.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. William L. Osteen, Jr., District Judge. (1:19-cr-00399-WO-1)

---

Submitted: June 8, 2026              Decided: June 15, 2026

---

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

William Henry Thatch, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Henry Thatch, Jr., appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction. We previously placed this appeal in abeyance for *United States v. Davis*, __ F.4th __, No. 24-6432, 2026 WL 1552611 (4th Cir. June 2, 2026). While the appeal was in abeyance, Thatch received an executive grant of clemency and was released from imprisonment. Accordingly, this appeal is now moot. *See id.* at *1 (holding defendant's release from custody renders moot appeal from denial of § 3582(c)(2) motion because that statute "authorizes a court only to reduce the term of imprisonment" (internal quotation marks omitted)).

Accordingly, we dismiss the appeal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*